**2**

Michael D. McGranahan
Trustee in Bankruptcy
PO Box 5018
Modesto, CA 95352
(209) 524-1782

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Modesto Division

In re:

LARSEN, EDWARD & SUSAN

Debtor(s).

Case No.: 16-90984
DC NO.:    MDM-1
Chapter 7
Date:    April 13, 2017
Time:    10:30 a.m.
Place:   1200 "I" Street
         Suite 4
         Modesto, CA  95354
Judge:   Hon. Ronald H. Sargis

## MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY BACK TO DEBTOR

Comes now MICHAEL D. McGRANAHAN ("Trustee"), Trustee of the Chapter 7 bankruptcy estate of the debtor named above, moves the Court for authorization to sell, pursuant to the provisions of 11 U.S.C. §§ 102(1)(A)&(B) and 363, and Bankruptcy Rules 2002 & 6004, the following personal property ("VEHICLE") back to the Debtor:

**One (1) 2009 Cadillac, VIN: 1G6DV57V690122198, CA Lic 6GFM304**

The Trustee has reviewed Kelly Blue Book valuations of the Vehicle and believes the market value to be in the range of $6,200 to $7,700. The Debtor holds the title; the Debtor has an allowed exemption in Vehicle of $3,050. After deducting exemptions and potential costs of sale, there remains $4,000 in non-exempt equity in said Vehicle. The Debtor has agreed to purchase the excess, non-exempt equity in the Vehicle for the sum of $4,000, and has paid the Trustee this amount.

The Trustee believes that a sale of the Vehicle to the Debtor is appropriate and beneficial, and in the best interests of the estate. If any party wishes to pay more for the Vehicle they should request a hearing and contact the Trustee for instructions prior to the hearing date. The next highest bid must be at least $4,300.00, and be accompanied by a deposit of $4,000.

**WHEREFORE,** the Trustee requests that the Court examine the facts and circumstances in connection with this matter and enter an order authorizing:

1) the Trustee to sell the Vehicle back to Debtor for $4,000, in accordance with the terms specified above;
2) the Trustee to execute any all documents necessary for the completion of this sale.

**THE TRUSTEE FURTHER** requests that the Court order such other and further relief as the Court may deem just and proper.

Dated: March 1, 2017

/s/ Michael D. McGranahan
MICHAEL D. McGRANAHAN
Chapter 7 Trustee